Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

Naomi Ruth Smith
On Behalf of Myself & the United
Penticostal Church International as well
As Othe Oneness Apostolic Churches

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **8:22 cv 1374 TPB-AEP**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Tyler Perry Costco Net

United States Government, Walmart
Essential Music Publishing, Publix Co.
Fairtrade Services, Bank of America
Atlantic Records, Hershey's Company
Wal-Mart Disney Defendant(s) DFACS or GA & FL,

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# Defendants

USA Government

Walmart

Bank Of America Corporation; Naomi Billingsley, Chad speece + Conspirators

Essential Music Publishing; Terry Hemmings, Holly Zabka & Associates

Fairtrade Services; Jeffes Moseley & Associates

The Hershey's Company

DFACS of Georgia

DFACS of Florida

Warner Music Group

Georgia State University

The State of Georgia

Southern Baptist

Costco Stores

Piedmont Hospital-Atlanta

Northside Hospital-Atlanta

Atlanta Public School System

Tyler Perry + the Black Suprenacists

Eddie James & The Child Sex Traffickers w/ Kirk Franklin + Associates

of Fulton Industrial Blvd Known as

Fairtrade Servicers located across the street

from the Bank of America @ Fulton Industrial Blvd

in Atlanta, Georgia

Ministers of Jesus Christ Church - Atlanta, Georgia

93 B Bolton Rd., Atlanta, Ga. 30331

Publix Stores

Deland Sheriffs Department; The State of Florida

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — *Naomi R. Smith*

All other names by which you have been known: — *Naomi Ruth Geraldine Ether Smith* — *Naomi Ruth Smith–Woodston?* — *Naomi Ruth Geraldine Ester Smith-Arnese* — *Naomi Ruth G.E. Smith-Walton*

ID Number —

Current Institution — *None*

Address — *2121 S. 78th St.*
*Tampa*  *FL*  *33619*
   City   State   Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

Name — *Pastor Dennis G. Smith & The Ministers Of Jesus Christ Church*

Job or Title *(if known)* — *State Employee of Georgia Tech & Owner of Isric Enterprise*

Shield Number — *none to my knowledge*

Employer — *State of Georgia*

Address — *1069 Lookout Avenue NW & 935 Bolton Rd.*
*Atlanta*  *Ga.*  *30318*  *Atl, Ga. 30331*
   City   State   Zip Code

☑ Individual capacity   ☑ Official capacity

**Defendant No. 2**

Name — *Amanda Bowden & Supervisors*

Job or Title *(if known)* — *DFACS or Department of Children & Families*

Shield Number — *Worker & Supervisor*

Employer — *Department of Children & Families*

Address —
*Deland*  *FL*  *_____*
   City   State   Zip Code

☑ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
    Name    Atlanta *Fairtrade Services* & Essential Music Publishing
    Job or Title *(if known)*   President + VP Terry Hemmings + Holly Zabka
    Shield Number   Jeffrey Moseley
    Employer   Song Records
    Address

    Franklin      Tennessee   37067
    *City*   Atlanta    *State* Ga.   *Zip Code*
                                       30336
    [✓] Individual capacity      [✓] Official capacity

**Defendant No. 4**
    Name   Bank of America Corporation; Naomi Billingsley +Chad Spreece + Cin ~~(Atlanta Branch)~~ *g pirds*
    Job or Title *(if known)*   Corporation + Managers
    Shield Number   Unknown
    Employer   Bank of America
    Address

    Atlanta      Ga.      30318
    *City*      *State*      *Zip Code*
    [✓] Individual capacity      [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [✓] Federal officials (a *Bivens* claim)

    [ ] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Violation of the 13th Amendment of the Constitution of the USA, forbidding Slavery; Domestic Terrorism Bill passed in House in May 2022.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The Violation of the 13th Amendment of the Constitution of the USA, Forbidding Slavery; Domestic Terrorism Bill of 2022.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Denis Smit sold me to the Skuetraders for $3000,

Since I was 4 years old in Atlanta, Ga., I was being Sexually aboused by My birth father Dennis Smith & Members of the Atlanta Police & Sheriffs Department as well as the FBI & Other Governmental Organizations were Holding me & Other people of Different Oneness Apostolic Churches HOSTAGE as Child & Adult Sex Slaves for their Billion Dollar Pornography Industry. In 1992 at 8 years old, they begin selling my Mixed Raced Babies for over $20,000 each via invitro, Full Birth Adoption up until my escape in Feb. & March of 2018.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)*  Former Writing Baby Child/Adult Sex Slave (Currently Escaped From Atlanta + Florida/Texas Skuetraders)

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

At my parents Home in Atlanta, Ga., I was routinely being Raped by dozens Of men + Boys Of the Ku Klux Klan, Black Supremacists Terrorist, + Forced Atl. into Cousins. I was taken to dozens of Apartments & Houses, & Shacks with Other Points to the Roped into Child Pornography videos + Adult Pornography videos the Slavetraders were selling at various video Stores in the USA. Members of Oneness Churches were Housewidded + Kidnapped & Added to as well as Trucked in 18 wheelers in various locations, TX. to be held as inferior Sex Slaves after Ovaries removed to Prevent Pregnancy.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

They were In various Churches, Apostolic Oneness or Baptist, Elementary, Middle, High College, pkas) John Steely All of Cays Elem, West Futher Middle, Harper = Archer Hsn, Atlanta Technical College, Atlanta Metropolitan My Copyrights, College, Georgia State University, Publix Stores, Walmarts, Bank of America, Atlantic Records, Fairtrade Services, Atlanta Public Library, + Refusing to let Essential Music Addings Costco Atlanta Stores, Atlanta Police/Sheriff Cemp Parks of Atlanta, museum + me Copyright Centerhill, Whitfield, + Others, I was Routinely Held HOSTAGE as Members of these Places, Child holdingmeinHand Adult writing Sex Slave. I would write Songs as I am a Descendant of Maralis Jackson, Gospel Singer, Cuffs + Chains + they would Chain my Atlanta Cousins with records to record me & Shoot them in the Head & Kill them Most of the If they didn't get my Book or Song from me or Something Written. These They are SERIAL KILLERS.

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From 1989 till Today, last time I was Raped or Gang Raped was in Jan 2020 in Tallahassee, FL by A Klan Sheriffs officer in Murraysville Baptist Church after I escaped Atlanta & tried to get help, & the trap put me in the Appalachee Prison where I had to speak to a Judge to be free.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(D) Amanda Bunda of the DFACS & of the Dead said

(A) I was Raped & Gang Raped for Child & Adult Pornographic Photos & Videos all of my Life in Atlanta, Florida & other places the Slave traders would take me.

(B) They were Stealing ALL of my Copyrighted & Refuse to let me Copyright any Books or Songs, They emptied out my Copyright Account in 2015 after Murdering my Husband my Human Trafficker Jay Jr in Winchester & Anthony Winchester in 2013 & 2014, as well as 2015 Co-Hen my Albino Repute was arrested Cousin (B) Member of the Atlanta FBI BASI were paid as well as Federal Police, to hide the rest of my Children like the Structure of Co.

(E) I have been Chased all over Florida Cell to Police & Sheriffs are two-sets falsely!

(C) They were selling my Mixed Raced Children in Hospitals all over Atlanta, Ga. Cori Robinson Sued in the Northern District Court of Georgia in 2004, where he saw & revealed what was happening. The case made Irreversible by the Judge was Murdered to be a Criminal Case on Child Sex Trafficking/Slavery to include the Death Penalty in 2005. Cori was also Murdered as well as the Judge to Prevent the Criminal Case from being Held into the State of Georgia.

**Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained Permanent Back Injury as well Internal Ovary injury, as well as they were putting Acid powder on my Teeth causing Permanent Teeth Injury + Constant Pain throughout my life.. My Knee hurts + it's hard to walk. I was Beaten Often in Chains over my Life for trying to escape with my Children the Albino Boys & I. Beaten beyond belief, most often died in this way as well as being Shot dead, + chopped up with Swords.

**VI.    Relief –** On ~~the~~ Back

#6 A Full Investigation into the Death of the Judge in 2004, Murdered as a Result of the Verdict & Prevented from Holding the Criminal Case in Ga.
#7 Investigate into Stan Gleason.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. The Violation of the 13th Amendment of the Constitution of the USA forbidding Slavery is the Basis of the Claim.

#5 Hold to the Verdict of the 2004 Civil Lawsuit & Prosecute with the Death Penalty all Slave traders involved in the case & the murder of the Judge & Cori Robinson

#1 Give me back as many Children the Claim. Can be found that were sold by the Slave traders As I do Know Where some of them are explained in the pgs.

#2 Assign a Task Force Using Members of the U.S. Army to Oversee the Implementation of Obedience to the 13th Amendment including myself.

#3 Rescue with me, all Members of the UPCI & other various people Still Held Hostage as I was in Atlanta, FL, especially in Nacogdoches, TX as they are taken there Daily to be Held Hostage, both Men, Women, & Children as Lifelong Sex Slaves & are Killed never Escaping, which has led to the Basic Genocide of the UPCI & other various Churches as various Churches & UPCI schools have closed down as a Result of the ILLEGAL USA Slave trade.

#4 Please Compensate Me & the Churches as requested in my Original Complaints as well as the Finances from the 2004 Lawsuit which were stolen & unused.

The Horrific Gruesome Murder of Curtis Robinson on August 25, 2005. His Bones were dropped in a Black Trash Bag at Lake Alktoms on January 31st, 2005 by Eric Smith, brother of Dennis Smith, Rapist & Murderer while on the phone with

VI: Continued: The Judge in the 2004 Civil Lawsuit Denis telling him where to drop them. Court case awarded me also my Songs Back, that I had written over the years, Curi Robinson who Sued was a Witness & other writings w/my knowledge to it for 4 years before he sued on my behalf after the Slave traders/Child Sex Traffickers forced me to marry to one of their Murders & Rapists Donkert August Arnesen on July 18, 2003, which was proven true in the Court Case. The Marriage was dissolved however, when Curi Came to pick me up at 991 Bolton Rd where I was living at the time + being Raped + Gang Raped by their Traffickers whenever they wanted too, Dennis Smith (the Supervisor of the Atlanta Police Department at the Church at 935 Bolton Rd) + his accomplices Attacked Curi & I Beating me upside the head with a Rock + Beating Curi in the face, put him in his White Van in a Black Crate with the help Of Donkert Arnesen. Curi was taken Back to the Church (he was Suppose to have a Police Escort Originally, but the Slavetraders made sure it was not suing to happen.) According to what I heard from these monsters as I + saw in video was Held hostage at the Slavehouse at 991 Bolton Rd, I was forced to live in it, as Dennis Smith Demanded his money Back from Lawsuit, he took Curi All Back to his Church Baptism area Tortured him, ripping out his eyes, stabbing him with a butcher Knife in the eye + cutting off his fingers for codes to his accounts, he + Curtis Smith, Eric Smith, Samuel Smith with help from Philip Smith, Tonya Allen, (this Cover up accomplices Velise Smith, Geraldine Smith, + other members of their family,) Used an Electric Saw to cut Curi in half they chopped his Buttocks while the Body Boiled Alive him in Extremely hot water, + Chopped up alive, his Torso with his as well head Attacked with no arms + Head was Beaten with a hammer + his Body Still partially living was placed in a Garbage with Gasoline + lit on fire. The Traffickers/Slavetraders Laughed later on talking about it, + I saw a portion of the video of the extremely Heinous Murder. They said Curi Rolled around in the Bag Streaming for 15 minutes as he burned alive. They had cut off his Penis first after they got the Bank Codes, + Shared a 4 Million Dollar Life Insurance Policy which I was the Beneficiary Of. For 18 years, I was Raped, Curi Raped Beaten, stolen from Liedon, my hair cut off, mine Songs + books Stolen as a result.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Appalachee Prison in 2020, where I was taken, after being Raped again in Jan 2020 in Tallahassee, FL by a KKK Fake Sheriff Officer who, handcuffed me, blindfolded me, & Beat me at the Morningside Baptist Church before taking me, & Stealing my newly written arg, At the cross, after he asked me to sign it to him, after I told him to police men about my dire situation

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☑ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

The Claim of being Wrongly Locked up in an Appalachee Prison in Tallahassee, FL. They tell everyone who tells on them, they are Crazy or Delusional, also, a Black Supremacists Sheriff Report written in Deland, FL, to sell the rest of my children in March 2018.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I filed it the Administrative Staff.

2.    What did you claim in your grievance?

People of the United Pentecostal Church Int'l are being Sex Trafficked, + turned into Child + Adult Sex Slaves, For the Past over 5 years, I have been filing online Reports to ICE, FBI, + Other Government Organizations, trying to get help with this extremely Important Matter.

3.    What was the result, if any? Abt 10 Days

I was Released, after Denial, + a Short Trial.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The Grievance Process is not Complete as many of them were also Human Sex Traffickers, + I was Never given any help with the problem. I have sent this matter to the Supreme Court as well in Feb. 2022.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*There is No Help + Still isn't for members of the UPCI + other Oneness Apostolic Organizations who try to obtain Help with the Problem + Illegal Slavetrade Bus with the USA today.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)  Cori Robinson (on behalf of me Nkumi Kohsoma)
    Defendant(s)  Dennis Co. Smith + Other

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    The Northern District Court of Georgia

3.  Docket or index number
    Not Certain/ Case Archived

4.  Name of Judge assigned to your case
    Not Certain/ Case Archived

5.  Approximate date of filing lawsuit
    2004

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition.    December 2004

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* The Judgement Was In Our FAVOR + Was Rendered Irreversible And Maticulated to a Criminal Case on Child + Adult Sex Trafficking/ Slavery.

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  NO,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        06-16-2022

Signature of Plaintiff        _Naomi R. Smith_
Printed Name of Plaintiff    Naomi R. Smith
Prison Identification #      none
~~Prison~~ Address           2121 S. 78th St.
                             Tampa ___City___    Fla. ___State___    33619 ___Zip Code___

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                      ___City___        ___State___    ___Zip Code___
Telephone Number
E-mail Address

# THE VIOLATION OF THE 13TH AMENDMENT OF THE CONSTITUTION CONTINUED: MEMBERS OF THE TERRORIST GROUP THE KU KLUX KLAN WORKING FOR HOMELAND SECURITY/FBI IMPEDING THE INVESTIGATION INTO THE SLAVETRADE OF PEOPLE OF THE UNITED PENTECOSTAL

Add they scial they culdn't not find anyo Reports.

# CHURCH

# INTERNATIONAL

# THE ABSOLUTE TRUTH

# SO HELP ME GOD...

# ADDITIONAL

# INFORMATION...

District/

**Dear Supreme Court of the United States**

**Recent EVENTS: Regarding the Violation of the 13th Amendment of the Constitution of the United States of America by the Southern States.....**

**Members of the Ku Klux Klan Skinheads & Black Supremacists Terrorists Organization are working for the Homeland Security Department in Every Part of the South and Pay their Agents into the**

**Thousands Not to Help but to Traffick, Members of the United Pentecostal Church & other Oneness Churces. Recently, after I mailed the Supreme Court my Information to be put on the Docket, concerning the Violation of the 13th Amendment, and went to get help from the Tampa Homeland Security on February 4, 2022 Again for the past 3 months, I have gone to them, only to be constantly Turned Away, the Head Investigator told me if I had no New**

**Information to Leave the Building, even after I said was there to get help because the Slavetraders of Atlanta, Georgia had been following trying to apprehend me for 4 years, telling them again, as I have been doing now for the past 3 Months, since arriving in Tampa, Florida, under the Recommendation of the Michigan ICE, to go somewhere closer, because I wasn't getting any help in Tallahassee, Florida. They Ganged up on me, saying they will not take**

I went back again in December of 2021 + the men, a different one sitting at the desk said they found 1 Report, but said he couldn't tell me anything, I told him but I need help as soon as possible, As I recall, I was asked to leave again as it was 3:00 or 3:30pm after an hour or so.

← Also, a man named "Mike" called me from one of their HSI numbers telling me they do not have any reports from me + asking if I was ever in a Mental Institution + said Denise Crumb nor RyClark did not work there ever, as I mentioned those by name to me the 1st Day I came there, + saying he could not help me.

another Statement from me, after I told them again, the Slavetraders were selling my Children to their Klan and Black Supremacists families with Ghislaine Maxwell, and I had also contacted the New York Southern District Court, by calling and Mailing Nearly 50 Report a Crime Reports to them Regarding this Matter. It was a Large Red Headed Woman, and 3 Men, that came asked me some questions, Interrupted me, and told me to Leave. I informed them that they were Negligent in the Matter, as they refused to Help me, & if I died tomorrow, as I've had to call the Tampa Police & Sheriffs for Help Five the ~~twice~~ already, & the Traffickers showed up again cutting open my Tent, that they are not doing their Jobs, and have not been Helping people of the United Pentecostal Church International, also, they were allowing me to be Held Hostage as a Writing Sex Slave, & that is Negligence on their part; they only

referred me to 211, & a Crisis Line, that did not answer, before making me Leave & were very Rude & Angry that I had even come Back again to try to get help. The Duty Agent was a Large Red Headed Woman, this is what she did to me, after I told her about the situation & the Child Sex Trafficker Ghislaine Maxwell in November 2021 upon arriving in Tampa, Florida after being Raped Again by the Klansman Fake Sheriff in Tallahassee, who punched me in the left eye so hard, after stealing my Notebook with the New Gospel Song I was Writing, my Eye is still having problems and I have to wear an eyepatch, and my Legs and feet hurt so bad from Walking and being Stabbed with Narcotic Needles most of my life, that I have a Limp, also from the amount of Children that I have had on the Earth, being Persecuted by these Ruthless Terrorists, Maxwell, Nevertheless, now Convicted, though I was not

**informed to Testify on behalf of the Church, because these Billionaire Monsters paid their Sex Traffickers to become Law Enforcement Officers to PROTECT THEM AT ALL TIMES.. …She Basically Refused to Help me, saying We will Not take another Statement from you, giving me 2 Sticky Notes, one that said Adult Protective Services with a 1-800 number or dial 211, which is United Way, a Complete LIE about Protective Services & also gave me a second**

**Sticky a Crisis Center number, I will include the Original Sticky Notes with this Mailing…..In November, 2021, when I first came to them for help after calling the Michigan ICE, who referred to them, this Wicked Woman & man, who did not give me their names, & was NOT wearing Name Tags, gave me that same phone number, which leaves you on Hold for a very long time, & then they tell you to leave at or near 3:00pm, & though she mentioned needing a**

Victims Advocate, she did not give me one, nor refer me to any FORM OF IMMEDIATE HELP, such as an Assylum for being Chased by Human Sex Traffickers trying to Recapture me to Stop this Case as I am the ONLY ONE willing with enough FAITH & HOPE, having committed Suicide almost in my life at least once because I couldn't take them RIPPING my Babies out of my arms, while they chained me up & made me watch helplessly, as they delivered my Babies to a Family of the Slavetraders in Atlanta, Georgia, IT'S UNBEARABLE..They even told me & my Albino White Cousins, whom they were using to father my children, to just Kill Yourself, they would say, because you will Never get these Children back, these Songs or Books Back...I have included copies of the Sticky Notes the Slavetrader in Tampa Florida Wrote me on February 4th, 2022, whom also did not refer me to the Lawyer New York Attumes According to the DHS

Campaign, the .....These Wicked Slavetraders who got jobs in Homeland Security to continue the Slavetrade in Secret also Heavily Traffick people through United Way, such as Homeless Shelters, which I have Vehemently. Know The Skinheads paid many people to hide the Selling of my Children in the United States to their Klan Families, especially Stephen Schwartz, who Blatantly Lied on my Written Song, When You Believe, with Black Supremacists Kenneth Edmonds of Laface/Atlantic Records in Atlanta, Georgia........This is how they have been SECRETLY SLAVETRADING THE PEOPLE OF THE UNITED PENTECOSTAL CHURCH FOR OVER 40 YEARS, ESPECIALLY AFTER THEY KILLED THE NORTHERN DISTRICT COURT OF GEORGIA IN 2004, WHO GAVE MY HUSBAND CORI ROBINSON AND I, WON AN IRREVERSIBLE VERDICT AGAINST THEM WHICH WAS TO BE MATRICULATED INTO A CRIMINAL

**CASE INSTEAD OF CIVIL LITIGATION CASE ON CHILD SEX SLAVERY WITH THE INDISPUTABLE EVIDENCE PRESENTED IN 2004. I HAVE ASKED FOR THE DEATH PENALTY FOR THESE HEINOUS INDIVIDUALS WHO DISREGARD FEDERAL LAWS, WEARING THE BADGES OF LAW ENFORCEMENT TO CONTINUE SLAVETRADING OUR PEOPLE AND SELLING OUR CHILDREN FOR OVER $20,000 EACH BABY, FREELY RAPING, BEATING, KILLING,& LYING ABOUT IT TO THE NORTHERN STATES THAT ARE NOT INVOLVED IN IT. THEY ARE MONSTERS OF A SERIOUS…Had these Slavetraders posing as Homeland Security in Tampa, Florida not Impeded me by lying to me about my Reports & Failing to Inform me of the Court Case Held in New York in January 2022, Purposefully, they Impeded me. I found out on my own via the News. Maxwell's Billionaire and Millionaire Slavetraders who have my children in**

**their possession, with Falsified Birth**

**Certificates & Social Security**

**Information, most of them live in the**

**State of Georgia still, but many are in**

**Florida, particularly, Tallahassee,**

**Florida. Where I was forced to Stay**

**for 2 years, after being Raped and**

**Robbed again, by the Sex Traffickers.**

**PLEASE HELP US…In Jesus Name.**

**Amen**

**Sincerely,**

**Naomi Ruth Smith**

**06-08-1983**

**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**

**Special Request: Please Appoint**

**a Special Task Force outside of**

**the FBI & Homeland Security to**

**Enforce the 13th Amendment in**

**lieu of the many thousands that**

**have died in the last 40 years due**

**to the Illegal Slavetrade, done by**

**the Ku Klux Klan Terrorists**

**Group & Black Supremacists**

**Groups…**